FILED
CLERK, U.S. DISTRICT COURT
JUN 11 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VITO GIUSTINO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

Case No. CV 13-5599 JVS (JCG)

**JUDGMENT**

    IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants's motion for summary judgment is **GRANTED**, Plaintiff's motion for summary judgment is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**.

Dated: 6.11.14

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE